

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2020

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On December 23, 2019, we ordered the court reporter, Ms. Cynthia Lenz, to file all outstanding volumes of the reporter's record by no later than February 6, 2020. We advised Ms. Lenz that any requests for further extensions would not be granted absent a showing of good cause and unless accompanied by a signed, status report containing a description of the work completed.

On February 6, 2020, Ms. Lenz filed a notice of late record, accompanied by a status report, requesting until February 19, 2020 to file the record. The request is GRANTED. It is ORDERED that the reporter's record is due no later than February 19, 2020.

Further requests for extension will be disfavored absent extraordinary circumstances. If the record is not timely filed, a show cause order may issue directing Ms. Lenz to appear on a day certain and show cause why she should not be held in contempt for failing to file the record and for violating this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2020.



Michael A. Cruz,
Clerk of Court